The Law Offices of Avrum J. Rosen, PLLC
Proposed Attorneys for Debra Kramer, Trustee
38 New Street
Huntington, New York 11743
631 423 8527
Fred S. Kantrow
Avrum J. Rosen

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re:

              Chapter 7

   FRANCISCO CHAVEZ,      Case No.: 10-49733-cec

        Debtor.
-----------------------------------------------------------------x

## ORDER PURSUANT TO FED. R. BANKR. P. 2004
## DIRECTING FRANCISCO CHAVEZ TO PRODUCE DOCUMENTS AND
## TO TAKE ORAL DEPOSITION

Upon the application (the "Application") of Debra Kramer, Esq., the chapter 7

trustee (the "Trustee") of the estate of Francisco Chavez, the debtor (the "Debtor"), by and

through her proposed counsel, The Law Offices of Avrum J. Rosen, PLLC, directing the Debtor

to produce documents as more fully detailed in Schedule "A" and directing him to appear for a

deposition upon oral examination and further authorizing the Trustee to serve a subpoena upon

the Debtor via regular first class mail, it is hereby

**ORDERED,** that the Trustee is hereby authorized to issue the subpoena (the "Subpoena")

to compel the production of documents and the attendance of the Debtor at oral examination and

serve said subpoena via first class regular mail upon the Debtor; and it is further

**ORDERED,** that Debtor shall produce the documents specified in the Subpoena at The

Law Offices of Avrum J. Rosen, PLLC, 38 New Street, Huntington, New York 11743, within

fourteen (14) days of entry of this Order, unless such time is extended with the consent of the

Trustee, and it is further

**ORDERED,** that the Debtor shall appear for an examination on a date to be agreed upon by the Debtor, his counsel and the Trustee's counsel, with the examination to take place in at The Law Offices of Avrum J. Rosen, PLLC, or at such alternate location that may be mutually agreed upon by the Trustee's counsel and the Debtor or her counsel; and it is further

**ORDERED,** that this Order shall be effective and enforceable immediately upon entry pursuant to Fed. R. Civ. P. 62, applicable in bankruptcy pursuant to Fed. R. Bankr. P. 7062; and it is further

**ORDERED,** that this Court shall retain jurisdiction to resolve any disputes arising under or related to this Order, including and discovery disputes that may arise between or among the parties, and to interpret, implement and enforce the provisions of this Order; and it is further

**ORDERED**, that this Order is without prejudice to the rights of the Trustee to apply for further discovery of the Debtor or any other party.