# SCHEDULE A

1. Bank statements for any and all bank accounts, foreign or domestic, maintained by Francisco Chavez ("the Debtor") for the period commencing with January 2009 through the present. This includes all savings accounts, certificates of deposit, money market accounts, checking accounts, brokerage accounts, and the like. Statements must include all checks issued from the respective accounts.

2. Any and all documents relating to any and all real property that Francisco Chavez has an interest in, including but not limited to, real property located in Ecuador that was not listed in the Debtor's petition.

3. Copies of any and all mortgage statements and/or documents as they relate to any real property that the Debtor may have an interest in that was not listed in the Debtor's petition.

4. Copies of any and all leases for the rental of the real property that the Debtor has an interest.

5. Copies of 2008, 2009 and 2010 State and Federal Tax Returns signed by the Debtor and filed with any government agency.

6. A list of assets that the Debtor has an interest in that was not disclosed in the Debtor's petition and/or amended schedules.