UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
In re:

                                  Chapter 7

        FRANCISCO CHAVEZ,             Case No.: 10-49733-cec

                 Debtor.
------------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                          ) ss:
COUNTY OF SUFFOLK    )

       Everlyn Meade, being duly sworn, deposes and says, that deponent is not a party to this action, is over 18 years of age and resides at Central Islip, New York;

       That on the 6th day of July, 2011 deponent served **ORDER PURSUANT TO FED. R. BANKR. P. 2004 DIRECTING FRANCISCO CHAVEZ TO PRODUCE DOCUMENTS AND TO TAKE ORAL DEPOSITION,** on the referenced person(s) listed below, by depositing a copy of same in a post-paid wrapper, each addressed as shown below, in a post-office official depository under the exclusive care and custody of the United States Postal Service within the State of New York and via FED EX Overnight mail:

Mr. Francisco Chavez
4136 Gleane Street
Apt 1C
Elmhurst NY 11373

                                             S/Everlyn Meade
                                           Everlyn Meade

Sworn to before me this
6th day of July, 2011

s/ Avrum J. Rosen
AVRUM J. ROSEN
Notary Public, State of New York
No. 02RO4872542
Qual. in Suffolk County
Comm. Exp. Sept. 8, 2014