The Law Offices of Avrum J. Rosen, PLLC
Attorneys for Debra Kramer, Trustee
38 New Street
Huntington, New York 11743
631 423 8527
Fred S. Kantrow
George N. Bara

UNITED STATES BANKRUPTCY COURT      **RETURN DATE: 8/11/11**
EASTERN DISTRICT OF NEW YORK     **RETURN TIME: 11:00 a.m.**
------------------------------------------------------------------x
In re:

         FRANCISCO CHAVEZ,        Chapter 7
                                                                          Case No.: 10-49733-cec

                             Debtor.
------------------------------------------------------------------x

**NOTICE OF TRUSTEE'S APPLICATION FOR THE ENTRY OF AN ORDER (i) COMPELLING FRANCISCO CHAVEZ TO PRODUCE DOCUMENTS AND APPEAR FOR DEPOSITION PURSUANT TO AN ORDER OF THIS COURT AND (ii) HOLDING FRANCISCO CHAVEZ IN CONTEMPT FOR FAILURE TO COMPLY WITH THIS COURT'S ORDER AND SUBPOENA <u>AND IMPOSING SANCTIONS AS A RESULT THEREOF</u>**

       **PLEASE TAKE NOTICE** that Debra Kramer, the trustee (the "**Trustee**") in the above captioned chapter 7 case, by and through her counsel, The Law Offices of Avrum J. Rosen, PLLC, shall move before the Hon. Carla E. Craig, Chief United States Bankruptcy Judge, on **AUGUST 11, 2011 at 11:00 a.m.,** or as soon thereafter as counsel may be heard, for the entry of an Order compelling Francisco Chavez to produce documents and appear for deposition pursuant to an Order of the Court and further holding him in contempt for failure to comply with the Order and Subpoena and imposing sanctions as a result thereof, at the United States Bankruptcy Court, 271 Cadman Plaza East, Brooklyn, New York.

       **PLEASE TAKE FURTHER NOTICE** that objections, if any, to the Trustee's Motion shall be filed in writing with the Clerk of the United States Bankruptcy Court, as modified by any administrative orders entered in this case, and be filed with the Bankruptcy Court electronically

in accordance with General Order #462, by registered users of the Bankruptcy Court's case filing system and, by all other parties in interest, on a 3.5 inch disk, preferably in Portable Document Format (PDF), WordPerfect, Microsoft Word, DOS Text (ASCII) or a scanned image of the filing with a hard copy delivered directly to Chambers, and be served in accordance with General Order #462, and upon counsel for the Trustee, The Law Offices of Avrum J. Rosen, PLLC, 38 New Street, Huntington, New York 11743, and the Office of the United States Trustee, 271 Cadman Plaza East, New York 11201, so as to be received by no later than **August 4, 2011.**

**PLEASE TAKE FURTHER NOTICE** that only objections that have been timely filed may be considered by the Court.

Dated: Huntington, New York
July 22, 2011

                                        The Law Offices of Avrum J. Rosen, PLLC
                                        Attorneys for the Trustee

BY:   S/Fred S. Kantrow
        Fred S. Kantrow
        George N. Bara
        38 New Street
        Huntington, New York 11743
        631 423 8527
        Fkantrow@avrumrosenlaw.com